IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TYRONE J. ALLSBERRY,
    Petitioner,

v.                                  CIVIL ACTION NO. RDB-11-1995

MISS SMITH,
    Respondent.

\*\*\*\*\*\*

## MEMORANDUM OPINION

The Court is in receipt of correspondence from Tyrone J. Allsberry a state inmate who seeks the Court's assistance in directing Miss Smith, an employee at the Jessup Correctional Institution in Jessup, Maryland, to permit Petitioner access to a Notary Public. ECF No. 1. Although Petitioner has not filed a Motion for Leave to Proceed in Forma Pauperis, because he appears it to be without resources indigency status shall be granted pursuant to 28 U.S.C. § 1915(a).

Because Petitioner seeks to compel a certain action by the state and/or its agents, the present matter most closely resembles a writ of mandamus. *See* 28 U.S.C. § 1361. Federal district courts have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or one of its agencies to perform a duty owed to a petitioner. However, a federal district court has no mandamus jurisdiction over state employees. *See Gurley v. Superior Court of Mecklenburg County*, 411 F.2d 586, 586-87 (4th Cir. 1969). Therefore, Petitioner's request for mandamus relief shall be denied.

A separate order shall be entered reflecting the Opinion set forth herein.

July 29, 2011
Date

/s/ R.U. D. Bennett
RICHARD D. BENNETT
UNITED STATES DISTRICT JUDGE